

Lawrence W. Fasano, Jr. (SB# 80017)
FASANO LAW OFFICE
720 Market Street, Penthouse Suite
San Francisco, California 94102-2500
Telephone: (415) 956-8800
Facsimile: (415) 956-8811

Attorneys for Plaintiff
TERRIE KENT

E-filing

FILED

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF CALIFORNIA

EDL

TERRIE KENT,

CV  08  0984

        Plaintiff,

    vs.

CONTRA COSTA COUNTY,
DEPARTMENT OF PUBLIC HEALTH
SERVICES, DEBRA TYLER, JEFF SMITH,
in his official capacity, and DOES 1 through
25, inclusive,

        Defendant.

**COMPLAINT FOR DAMAGES FOR
VIOLATION OF CIVIL RIGHTS,
DAMAGES, ATTORNEY'S FEES, AND
OTHER APPROPRIATE RELIEF
TORTUOUS CONSTRUCTIVE
TERMINATION OF EMPLOYMENT IN
VIOLATION OF PUBLIC POLICY,
BREACH OF EMPLOYMENT
AGREEMENT AND OF GOOD FAITH
AND FAIR DEALING**

**JURY TRIAL DEMANDED**

## NATURE OF THE ACTION

This is an action in contract and tort arising out of Defendant's constructive termination of Plaintiff, breach of an employment contract, and for violation of Plaintiff's civil rights. Not only did Defendant breach the employment contract and the implied covenant of good faith implicit in the contract, Defendant also engaged in unfair business practices and violation of the California's Prohibition of Discrimination, thus causing Plaintiff to incur loss of wages, special and general damages, and attorney's fees. As alleged with greater particularity in the paragraphs below, Plaintiff alleges that she has been significantly harmed by Defendant's conduct and seeks both contractual damages, statutory damages, attorney's fees, as well as for general tort damages against Defendant, including punitive damages.

**COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY, BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING**

1

## JURISDICTION AND VENUE

2          The jurisdiction of this court is invoked pursuant to 28 U.S.C. §1343, this being a suit in

3    equity to redress the deprivation of civil rights guaranteed and secured by an Act of Congress,

4    namely Title VIII of the Civil Rights Act, 42 U.S.C. §§ 1983 and 3601, *et seq.*, ("Title VIII")

5    which is an Act of Congress providing for the protection of Civil Rights. Jurisdiction is also

6    invoked pursuant to 42 U.S.C. §3612 which specifically confers jurisdiction in this court for

7    actions brought under Title VIII. This court's jurisdiction to hear pendent state claims is also

8    invoked. Venue is proper in this court because the alleged wrong doing occurred in Contra Costa

9    County, California, within the Northern District of California.

10                                      ## THE PARTIES

11         1.       Plaintiff TERRIE LYNN KENT (hereinafter "Plaintiff"), is an African-American

12   woman, and is now, and at all times relevant herein been, an employee of Contra Costa County in

13   its Department of Public Health (hereinafter "Department of Health Services") as a Public

14   Guardian.

15         2.       Defendant Contra Costa County (hereinafter "CCC"), and Department of Health

16   Services, are government agencies, and are named in this lawsuit in its official capacity.

17         3.       Plaintiff is informed and believes that at all relevant times, each DOE defendant

18   was at all times  acting in the course and scope of her employment with DEFENDANT

19         4.       Plaintiff is informed and believes and hereon alleges that each of Defendants

20   were managerial employees and agents of CCC and were, at all relevant times, acting in the

21   course and scope of their employment with CCC.  Consequently, Plaintiff is informed and

22   believes that they are legally responsible for the acts herein alleged, and that Plaintiff's damages

23   as herein alleged were proximately caused by such Defendants.

24                        ## FACTS COMMON TO ALL CAUSES OF ACTION

25         5.       Plaintiff incorporates by reference and realleges the allegations set forth in

26   Paragraphs 1 through 4 as though fully set forth herein

27         6.       Plaintiff has been working for CCC for approximately twenty years and is

28   currently employed as a Public Guardian/Conservator. For the past 11 years. Prior to this, she

Fasano Law Office
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

-2-

**COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER
APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY,
BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING**

1  worked at CCC as a Mental Health Case Manager, and worked continuously thereafter remained
2  in the employment of CCC, and her employment is in the process of being wrongfully
3  constructively terminated by CCC.

4      7.    At all times mentioned herein, Defendant CCC was a government entity branch
5  pursuant to the California Government Code, and Plaintiff was entitled to the rights and
6  protections of the Constitution of the United States of America, of the Constitution of the State
7  of California, and by state and federal laws which provide protection against discrimination on
8  the basis of gender, age, and race.

9      8.    In 2007, Plaintiff was eligible for, and with DEFENDANT'S knowledge and
10  consent, took a leave of absence from work for personal health reasons created by a hostile work
11  environment at her workplace Conservatorship, Guardianship program at CCC, in which Plaintiff
12  was verbally threatened, yelled at, mistreated, and harassed by a co-worker, a Caucasian woman
13  who is also employed by CCC. Plaintiff has not been released by her doctor to return to
14  workplace. However, DEFENDANT failed to provide her with a hostile-free work environment.
15  Plaintiff'S leave from work for a serious health condition was authorized by CCC, pursuant to
16  the California Family Rights Act (hereinafter "CFRA")

17      9.    Plaintiff has filed an Administrative Claim with EEOC and received a Right
18  to Sue letter, a copy of which is attached hereto as Exhibit "A" and incorporated herein by
19  reference. In or about January 2008, Plaintiff filed a Governmental Claim with the County of
20  Contra Costa Board of Supervisors, which Plaintiff believes will be denied. A copy of said
21  Claim is attached hereto as Exhibit "B" and incorporated herein by reference.

22      10.    CCC's policies and practices provided that when an employee returns from an
23  approved leave, that she will be reinstated to her former position. CCC had a practice and policy
24  of reinstating employees to his/her former position or its equivalent, when an employee returned
25  from an approved leave.

26      11.    Plaintiff notified CCC in 2007 that Plaintiff was prepared to return to work,
27  however, Defendant was unwilling or unable to provide Plaintiff with a work environment free of
28  harassment and intimidation by Plaintiff'S co-worker. Since Plaintiff could not return to a

-3-

1    hostile work environment, she will be constructively terminated if she does not report back to

2    work in March. When Plaintiff insisted that she be either reinstated to her former position in a

3    hostility-free environment, CCC informed Plaintiff that unless she returned to work, her

4    employment would be terminated.  As a proximate result of CCC's action, Plaintiff has suffered,

5    and will continue to suffer, lost income and benefits, suffered general and special damages, and

6    incurred attorneys fees according to proof.

## DISCRIMINATORY PRACTICE

8    12.    Defendants CCC and Public Employee's Union Local One were informed by

9    Plaintiff that Defendant Debra Tyler treated Plaintiff in an extremely hostile manner, and that

10   Plaintiff felt physically threatened by Tyler, and that she needed to take a medical leave of

11   absence due to that hostility, and that she needed to have a non-hostile work environment.

12   13.    CCC failed and refused to provide Plaintiff with a non-hostile work environment

13   and allowed said hostile work environment to continue.  Plaintiff is the only African American

14   woman that works in the capacity of Defendant in her office, and neither the woman who

15   mistreated Plaintiff nor her supervisors are African American.

## INJUNCTIVE RELIEF

17   14.    Defendants' failure to properly supervise, and to allow by their acts and omissions

18   the mistreatment of Plaintiff by Health Services, the Mental Health Division, is a practice that is

19   both illegal and discriminatory, which, as set forth hereinafter, violates both state and federal

20   laws, and which will cause Plaintiff irreparable harm, thereby making injunctive relief in favor of

21   Plaintiff appropriate.  Defendants' refusal to provide a non-hostile work environment where

22   Plaintiff feels free of being emotionally and physically attacked is illegal and will cause Plaintiff

23   irreparable harm.  Plaintiff requests that Defendants CCC and Public Employee's Union Local

24   One be ordered to provide Plaintiff with a non-hostile work environment.

## RESULTS OF DISCRIMINATORY PRACTICES

26   15.    Defendants discriminating practices have caused the following results:

27   a.     Plaintiff, an African American woman, has been placed in great fear and

28          apprehension at her place of employment;

Fasano Law Office
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

-4-

COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY, BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING

1    b.    Plaintiff has incurred loss of income due to Defendants' refusal to provide a non-

2          hostile work environment;

3    c.    Plaintiff has incurred emotional stress due to her mistreatment at work and loss of

4          income;

5    d.    Plaintiff has incurred attorneys' fees herein.

6                              **FIRST CAUSE OF ACTION**

7              **(Violation of Title VIII of the Federal Civil Rights Act)**

8    16.   Plaintiff incorporates by reference and realleges the allegations set forth in

9    Paragraphs 1 through 15 as though fully set forth herein.

10   17.   Plaintiff has been denied by Defendants aforementioned acts, the same rights to

11   employment on account of her race, gender, and age as non-African American employees. The

12   Defendants' aforementioned acts violate 42 U.S.C. §1983 which prohibits discrimination on the

13   basis of race, age, and gender.

14         WHEREFORE, Plaintiff prays for relief as more fully set forth hereinbelow..

15                            **SECOND CAUSE OF ACTION**

16                      **(Violation of the Unruh Civil Rights Act)**

17                                **Pendent Jurisdiction**

18   18.   Plaintiff incorporates by reference and realleges the allegations set forth in

19   Paragraphs 1 through 17 as though fully set forth herein.

20   19.   Plaintiff invokes the courts power pursuant to Rule 18 of the Federal Rules of

21   Civil Procedure to join a claimed violation of the Unruh Civil Rights Act, California Civil Code

22   §§51, 51.2, with the First Cause of Action of this complaint, and to exercise pendent jurisdiction

23   over the state law claims set forth hereinafter. The Unruh Act, which prohibits landlords from

24   discriminating against tenants based upon their disability and/or handicap is merely a separate

25   ground for the same course of action in that it derives from the same nucleus of operative set of

26   facts as the Federal claims. These law claims bear questions of Federal law and policy. It is

27   therefore in the interests of judicial economy as well as fairness to the parties, to litigate the Title

28   VIII and state law claims in a single lawsuit.

Fasano Law Office
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

-5-
COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY, BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING

20. The implementation by Defendants of the above described employment practices and refusal to provide Plaintiff a non-hostile work environment constitutes a violation of the Unruh Civil Rights Act, and for the reasons stated above, under the Federal Claim, has aggrieved and injured Plaintiff. Unless enjoined, Defendants will continue to utilize the above described discriminatory employment practice and complete their wrongful termination of Plaintiff, and Plaintiff will have no adequate remedy at law.

WHEREFORE, Plaintiff prays for relief as more fully set forth hereinbelow.

## THIRD CAUSE OF ACTION

### (California Fair Employment and Housing Act)

21. Plaintiff incorporates by reference and realleges the allegations set forth in Paragraphs 1 through 20 as though fully set forth herein

22. California Fair Employment and Housing Act, Government Code, sections 12955 et seq., prohibits discrimination against employees based upon their race, age, and gender. For the reasons set forth hereinabove, Defendants have violated the Fair Employment and Housing Act, and injured Plaintiff.

WHEREFORE, Plaintiff prays for relief as more fully set forth hereinbelow.

## FOURTH CAUSE OF ACTION

### [Breach of Contract for Employment Against Defendant Contra Costa County]

23. PLAINTIFF incorporates by reference and realleges the allegations set forth in Paragraphs 1 through 10 as though fully set forth herein.

24. PLAINTIFF and CCC entered into an employment Agreement whereby PLAINTIFF agreed to become a CCC employee. Under the terms of this Agreement, CCC agreed to, among other things, compensate PLAINTIFF at a base salary, plus expenses, including health benefits for PLAINTIFF, and retirement benefits, and as a result of Defendant's practice, policies and procedures, agreed not to terminate Plaintiff unless there was good cause to do so.

25. PLAINTIFF performed all conditions, covenants and promises required of her in accordance with the terms and conditions of his Agreement with CCC.

26. CCC, despite the Agreement with PLAINTIFF, and wrongfully constructively

Fasano Law Office
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

-6-

COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY, BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING

+

1    terminated PLAINTIFF's employment with CCC.

2        27.    As a proximate result of CCC's breach of said Agreement, PLAINTIFF sustained

3    damages, including lost wages and employment benefits in an amount to be proven at trial.

4        WHEREFORE, PLAINTIFF prays for judgment as more fully set forth hereinbelow.

5                        **FIFTH CAUSE OF ACTION**

6            **[Breach of Implied Covenant of Good Faith and Fair Dealing**

7                **Against Defendant Contra Costa County]**

8        28.    Plaintiff incorporates by reference and realleges the allegations set forth in

9    Paragraphs 1 through 27 as though fully set forth herein.

10        29.    The Agreement referred to above,  contained an implied covenant of good faith

11    and fair dealing, which obligated CCC and its agents and employees, to perform the terms and

12    conditions of the Agreement fairly and in good faith and to refrain from doing any act that would

13    prevent or impede Plaintiff from performing any or all of the conditions of the Agreement that

14    Plaintiff agreed to perform or any act that would deprive Plaintiff of the benefits of the

15    Agreement.

16        30.    Plaintiff  performed, or remained ready to perform, all the terms and conditions of

17    the Agreement with CCC.

18        31.    CCC, through its agents and managerial employees, was aware that Plaintiff had

19    fulfilled, or remained ready to fulfill, all her duties and conditions under the Agreement contract.

20        32.    CCC, through its agents and managerial employees  breached the implied

21    covenant of good faith and fair dealing of the Agreement by entering into the Agreement with

22    Plaintiff and then failing and refusing to honor the Agreement, including, but not limited to,

23    failing and refusing to allow Plaintiff to return to her former position, or equivalent position,

24    when Plaintiff was ready to return to his position with CCC, and constructively terminated

25    Plaintiff'S employment.

26        33.    At the time Plaintiff took a CFRA's approved leave of absence from CCC, she

27    was earning in excess of sixty two thousand dollars ($62,000.00) per year, plus benefits.

28        34.  As a proximate cause of CCC's breach of the implied covenant of good faith and fair

Fasano Law Office
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

**COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY, BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING**

1  dealing, Plaintiff has suffered, and continues to suffer, losses in earning and other employment

2  benefits, all to his damage in amounts to be established at trial. As a further and proximate cause

3  of CCC's breach of the implied covenant of good faith and fair dealing, Plaintiff has incurred

4  reasonable attorney's fees in attempting to secure the benefits owed to Plaintiff under the

5  Agreement.

6  WHEREFORE, Plaintiff prays for judgment as more fully set forth hereinbelow.

## SIXTH CAUSE OF ACTION

### [Violation of California Family Medical Leave Act

### Against Defendant Contra Costa County]

10  35.  Plaintiff incorporates by reference and realleges the allegations set forth in

11  Paragraphs 1 through 34 as though fully set forth herein.

12  36.  As set forth in the paragraphs above, CCC was an employer who at all times

13  herein was an employer obliged to comply with CFRA, and Plaintiff was an eligible employee

14  entitled to the protection and privileges created by the CFRA. He has filed a timely

15  administrative claim with the California Department of Fair Employment and Housing, and been

16  issued a right to sue letter.

17  37.  CCC violated the CFRA when: (1) it failed and refused to posses a safe work

18  environment to which Plaintiff could return; (2) when it refused and failed to stop the hostile

19  mistreatment of Plaintiff by her co-worker, which effectively constructively terminated

20  Plaintiff'S employment with CCC.

21  38.  As a proximate cause of CCC'S conduct, Plaintiff has suffered, and continues to

22  suffer, losses in earning and other employment benefits, all to his damage in amounts to be

23  established at trial. As a further and proximate cause of CCC's conduct, Plaintiff has incurred

24  reasonable attorney's fees to which CCC is required to pay.

25  WHEREFORE, Plaintiff prays for judgment as more fully set forth herein below.

## SEVENTH CAUSE OF ACTION

### [Wrongful Termination in Violation of Public Policy]

28  39.  Plaintiff incorporates by reference and realleges the Paragraphs 1 through 38, as

COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER
APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY,
BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING

1   though fully set forth herein.

2        40.    The State of California has an important and fundamental public policy of

3   protecting the rights and continuing employment of its citizen who as a result of serious physical

4   injury or illness are required to take a leave of absence from work, and to be able to work for the

5   government in a safe work environment, which is also free of discrimination.. This public policy

6   is set forth in the CFRA and California's laws which prohibit discrimination by employers based

7   on race, and California's Constitution.

8        41.    CCC violated this fundamental public policy of the State of California when as set

9   forth hereinbefore, it constructively terminated Plaintiff and refused and failed to provide a safe

10  work environment when Plaintiff was able to return to work, and constructively terminated

11  Plaintiff'S employment with CCC.

12       42.    The primary and motivating factors for CCC in terminating Plaintiff from her

13  employment were the fact that Defendant CCC failed and refused to accept the version of events

14  that Plaintiff, an African-American woman, told her superiors occurred.

15       43.    CCC's actions in constructively terminating Plaintiff from his employment were

16  wrongful and malicious in nature and was in direct violation of a fundamental policy of the State

17  of California, and therefore Plaintiff has been wrongfully terminated and is entitled to damages

18  therefor.

19       44.    As a direct and proximate result of CCC's actions as alleged herein, and, in

20  particular, CCC's termination of Plaintiff in violation of the Public Policy of California, Plaintiff

21  has been injured and damaged as follows:

22            a)    Loss of past and future wages, earnings, benefits and other forms of

23  benefits, compensation and value that he would not have been lost if he had remained employed

24  by the Defendant;

25            b)    Extreme and severe emotional distress, suffering, humiliation, anxiety,

26  worry, embarrassment, and interruption of family life, reputation, defamation of character;

27  / / /

28  / / /

Fasano Law Office
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

-9-

COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER
APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY,
BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING

1          c)    Plaintiff has or will incur medical or health related expenses pertaining to
2    psychological counseling, other medical or health care support for the stress, suffering
3    embarrassment, discomfort, anxiety and humiliation that he suffered.

4    45.    Plaintiff has been further damaged as a result of his wrongful termination in that
5    she has and will incur costs and expenses of this litigation.

6    46.    Plaintiff is entitled to prejudgment interest on any and all damages.

7    47.    Defendants committed the acts alleged herein recklessly, wantonly, willfully,
8    maliciously, fraudulently, oppressively and despicably with the wrongful intention of injuring
9    Plaintiff and with an improper and evil motive. Plaintiff is thus entitled to recover exemplary
10   and punitive damages from the Defendants in an amount according to proof.

11   48.    As a result of the Defendants' actions herein, the Plaintiff was required to and did
12   retain the services of an attorney. The Plaintiff is entitled to recover reasonable and necessary
13   attorney's fees.

14                                    **PRAYER FOR RELIEF**

15        **WHEREFORE**, Plaintiff TERRIE LYNN KENT prays for judgment against Defendants,
16   and each of them, as follows:

17   1.    For damages for breach of contract according to proof, including lost earnings and
18   other employment benefits, past and future;

19   2.    For compensatory damages according to proof, including lost earnings and other
20   employment benefits, costs for seeking other employment, and damages for emotional distress,
21   humiliation and mental anguish;

22   3.    For interest on lost earnings and benefits at the prevailing legal rate;

23   4.    For punitive damages against Defendants;

24        Health Services Department, Mental Health Division, Public Employee's Union
25        Local One, Debra Tyler

26   5.    For restitution of all lost benefits and money;

27   6.    For reasonable attorney's fees incurred by Plaintiff;

28   7.    For costs of suit incurred by Plaintiff; and

Fasano Law Office
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER
APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY,
BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING

1    8.    For such other and further relief as this Court may deem just and proper.

2

3    Dated: February _15_, 2008                 FASANO LAW OFFICE

4

5                                              Lawrence W. Fasano, Jr.

6                                              Attorney for Plaintiff
                                               TERRIE KENT

7

8    S:\Client Data\Kent, Terrie\pleadings\COMPLAINT.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS, DAMAGES, ATTORNEY'S FEES, AND OTHER APPROPRIATE RELIEF TORTIOUS CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY, BREACH OF EMPLOYMENT AGREEMENT AND OF GOOD FAITH AND FAIR DEALING

# EXHIBIT "A"

**Attachment "A"**
**Right to Sue letter, Claim W. DFEH, Notice to Claimant**



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS



CERTIFIED MAIL
5069 2469

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

Ms. Terrie L. Kent
P.O. Box 20255
El Sobrante, CA  94820

November 20, 2007

Re:  EEOC Charge Against Contra Costa County
       No. 555200800096

Dear Ms. Kent:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Rena J. Comisac
Acting Assistant Attorney General
Civil Rights Division

by *Karen S. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc:  Oakland Local Office, EEOC
       Contra Costa County

**** U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION****
CHECKLIST DATA INOFRMATION REQUIRED TO PROCESS
A NOTICE OF RIGHT TO SUE
Attn: Joyce A. Hendy, Director
**Please** *note if you request a Notice of Right to sue, no investigation will be done.*
1) **LETTER REQUESTING (NRTS)**

In a letter *requesting for a Notice of Right to Sue,* please **include the following:**
**(Please state that you are requesting for a Notice of Right to Sue)**
A) CHARGING PARTY (NAME) Terrie Kent
    *Job Title:* Mental Health Treatment Specialist II/Deputy Public Guardian
    *Status:* On Leave of Absence/Disability
    **Race:** African American
    **Sex:** Female
    **Age:** 46
    **National Origin:** African American
*Address:* c/o Fasano Law Office 720 Market St., 10th Floor
**City:** San Francisco
**State:** CA.
**Zip Code:** 94102
**Day** Phone Number: (510) 367-3179
**Evening** Phone Number: (510) 707-422-7072
*Date* **of Birth:** 8/22/61

*Supervisor's* name and job title Al Flanagan, Conservatorship Program Supervisor
*CONTACT PERSON*
**Name** & address of *a person to contact* when you cannot be reached. Give complete
*Name:* Fasano Law Office
*Address:* 720 Market St., 10th Floor
**City:** San Francisco
**State:** CA.
**Zip Code:** 94102
**Day** Phone Number: (415) 956-8800

2)    **RESPONDENT INFORMATION**
*Name* of Company: Contra Costa County
(*Or where you applied*)
*HR* Director/CEO: Lori Gentles, Director Human Resources
*Address:* 651 Pine Street, 3rd Floor
*City:* Martinez
*State:* CA.
*Zip Code:* 94553-1262

*Day Phone Number:* (925) 335-1766 for Lori Gentles
(Include both facility where person worked and address where charge to be served)

*Name* of Company: Public Employees Union, Local One
(*Or where you applied*)
*HR* Director/CEO: Bill Schlant - Senior Business Agent
HR/Director/CEO: Rollie Katz - Supervising Business Agent
*Address:* P.O. Box 6783
*City:* Concord
*State:* CA.
*Zip Code:* 94524-1783
*Day Phone Number:* (925) 228-1600

*CORPORATE OFFICE:* N/A Government Position
*HR* **Director/CEO:** Lori Gentles, Human Resources
*Address:* 651 Pine Street, 3rd Floor
*City:* Martinez
*State:* CA.
*Zip Code:* 94553-1292
*Day Phone Number:* (925) 335-1766
*Number* of employee's working for the company (approximate)
*15-100 employees* ___
*100-200 employees* ___
*200-300 employees* ___
*300-500 employees* ___
*500 plus employees* **X**
*What* is the nature of the business, manufacturing, trucking, warehousing, painting etc...
**Public Services, Health Department**

**NOTICE:** Should you fail to include any of the above information, your Notice of Right to Sue cannot be processed. Please include a day time phone number where you can be reached for additional information.

---

3) **STATEMENT**
On a separate piece of paper, provide a **statement of particulars** including date of Key event (application, training, denial of promotion, layoff, discharge). **See attached**

Please indicate in your statement if your employment rights have been violated because of your race, color, sex, religion, national origin, age, disability or because of retaliation.

(This statement must be **signed and dated** under penalty of perjury).

EEOC CHARGE # 555-2008-00096

<u>I declare under penalty of perjury that the above statements are true and correct.</u>

10-26-2007                    Terrie Kent _____
Date                          Signature

A Charge Statement is not necessary if you have provided the Commission with a copy of your
Department of Fair Employment and Housing <u>(Complaint of Discrimination)</u>. This <u>Complaint
of Discrimination</u> must be <u>resigned and dated</u>. We need <u>original</u>

TERRIE KENT                                      **RECEIVED**
P.O. Box 20255
El Sobrante, CA. 94820                              OCT 29 2007
Cell (510) 367-3179

· 10/02/2007                                    **EEOC - OLO**

I have been on a leave of absence (LOA) since 04/09/2007 to present due to Contra Costa County
and Local 1 failing to resolve a grievance filed by myself and other colleagues. The work
environment continues to be hostile, intimidating, unsafe and dangerous, and the union
discrimination against me refusing to process my grievance. My grievance is ongoing and the
discrimination against me continues to be demonstrated by the company's refusal to provide a
safe work environment free of harassment by a non African American co-worker, and the union
is refusing to process my grievance.

As a result of my continued pursuit to eliminate discrimination, harassment and retaliation in the
work place, I have been singled out and maliciously persecuted by management. Local 1 has
failed to provide fair and adequate representation not only for myself but other colleagues; who
have also felt the ferocious stings of management/union inadequacies to address the hostile
· circumstances which continue in the work place. The following explain the chain of events that
have culminated and prevented my safe return.

A) On 02/26/2007 a group grievance was filed against management for failing to provide
an environment that is free of disruption, hostile, provocative, disrespectful, verbal abuse
and unpredictable explosive behavior displayed by one individual in the work place.

B) Since the filing of grievance this individual's behavior has considerably escalated to a
point of fear for my personal safety and the safety of others.

C) On 03/08/2007 I was informed by my supervisor that it had been alleged by a
colleague that I had misrepresented the truth. (This is the same colleague that is ·
continually causing fear, chaos and disruption in the workplace). This allegation led to an
investigation by management.

D) As a result of the investigation on 03/21/2007 management implemented a

EEOC CHARGE # 555-2008-00096

Professional

Development Action Plan for all employees. The plan focuses on improving professional interpersonal relationships. The plan does not address the real issues which are this persons unpredictable, provocative, hostile, non-directable behavior.

E) On 07/11/2007 For the step three grievance process, Local 1 met with myself and another colleague and three management representatives to discuss and present our concerns.

F) On 07/20/2007 Management presented their decision for the step three grievance process which they denied any violation of the Memorandum of Understanding (MOU).

G) On 08/08/2007 The union quoted a violation in compliance with the (MOU) section 25. Therefore, requesting to proceeding to step 4 grievance process.

H) Management continues to refuse to discipline or otherwise curtail the harassment of me by a non-African American female.

I) I am unable as a result of the action of my union and the company to secure a step 4 grievance hearing.

I declare under penalty that the above statements are true and correct.

Dated: October 2007

Terrie Kent

**RECEIVED**

OCT 29 2007

**EEOC - OLO**

# EXHIBIT "B"

## BOARD OF SUPERVISORS OF CONTRA COSTA COUNTY
## INSTRUCTIONS TO CLAIMANT

A.  A claim relating to a cause of action for death or for injury to person or to personal property or growing crops shall be presented not later than six months after the accrual of the cause of action. A claim relating to any other cause of action shall be presented not later than one year after the accrual of the cause of action.
(Gov. Code § 911.2.)

B.  Claims must be filed with the Clerk of the Board of Supervisors at its office in Room 106, County administration Building, 651 Pine Street, Martinez, CA 94553.

C.  If claim is against a district governed by the Board of Supervisors, rather than the County, the name of the District should be filled in.

D.  If the claim is against more than one public entity, separate claims must be filed against each public entity.

E.  <u>Fraud.</u> See penalty for fraudulent claims, Penal Code Sec. 72 at the end of this form.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

| | |
|---|---|
| RE: Claim By: ) | Reserved for Clerk's filing stamp |
| ___Terrie Kent_____ ) | |
| ) | |
| _____ ) | |
| Against the County of Contra Costa or ) | |
| ) | |
| _Department of Mental Health_____ District) | |
| (Fill in the name) ) | |
| ) | |
| _Contra Costa County Health Services Department___ ) | |

The undersigned claimant hereby makes claim against the County of Contra Costa or the above-named district in the sum of $ _over 25,000_ and in support of this claim represents as follows:

1.  When did the damage or injury occur? ( Give exact date and hour)
    February 2006 - October 2007

2.  Where did the damage or injury occur? (Include city and county)
    See Attachments "A" + "B"

3.  How did the damage or injury occur? (Give Full details; use extra paper if required)
    See Attachments  "A" + "B"

4.  What particular act or omission on the part of county or district officers, servants, or employees caused the injury or damage:
    Negligent supervision, breach of contract, intentional misconduct, hostile work environment; discrimination, retaliation and other violations of state laws. See Attachments "A" + "B"

5.  What are the names of county or district officers, servants, or employee causing the damage or injury?
    Donna Wigand, Mental Health Director; Victor Montoya, Adult/Older Program Chief; Ednah B. Fiedman, Program Manager; Albert Flanagan , Probate Supervisor and  Debra Tyler, Co-Worker. See Attachments "A"

6.  **What damage or injuries do your claim resulted? (Give full extent of injuries or damages claimed. Attach two estimates for auto damage.)**
    Loss of earnings over $25, 000, general damages, loss of benefits, and retirement.

7.  **How was the amount claimed above computed? (Include the estimated amount of any prospective injury or damage.)**
    Loss of monthly savings to date alone is an excess of $60,000.

8.  **Names and addresses of witnesses, doctors, and hospitals:**
    All of claimants treatment was at Kaiser , Vallejo

9.  **List the expenditures you made on account of this accident or injury:**
    I have incurred wage loss to date of over $60, 000, which do not include future wage loss and benefits.

---

|  |  |
|---|---|
|  | ) Gov. Code Sec. 910.2 provides " The Claim shall be |
|  | ) signed by the claimant or by some person on his |
|  | ) behalf." |
| **SEND NOTICES TO: (Attorney)** | ) |
| **Name and address of Attorney** | ) |
| Lawrence W. Fasano Jr., (SB# 80017) | ) |
| FASANO LAW OFFICE | ) _____ |
| 720 Market Street, Penthouse Suite | ) (Claimant's Signature) |
| San Francisco, California 94102 - 2500 | ) |
|  | ) c/o Fasano Law Office, San Francisco, CA. 94102 |
|  | ) (Address) |
|  | ) |
|  | ) _____ |
|  | ) |
| Telephone No.___(415) 956-8800_____ | ) Telephone No.___(415) 956-8800_____ |
| Facsimile No._____(415) 956-8811_____ |  |

---

## PUBLIC RECORDS NOTICE:

**Please be advised that this claim form, or ay claim filed with the County under the Tort Claims Act, is subject to public disclosure under the California Public Records Act. (Gov. Code, § § 6500 et seq.) Furthermore, any attachments, addendums, or supplements attached to the claim form, including medical records, are also subject to public disclosure.**

---

## NOTICE:

*Section 72 of the Penal Code provides:*

**Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city, or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account voucher, or writing, is punishable either by imprisonment in the County jail for period of not more than one year, by a fine of not exceeding one thousand dollars ($1,000.00), or by both such imprisonment and fine, or by imprisonment in the state prison, by a fine of not exceeding ten thousand dollars (10,000), or by both such imprisonment and fine.**

## Terrie Kent's Attachment to Claim Form

Lawrence W. Fasano, Jr. (SB #80017)
FASANO LAW OFFICE
720 Market Stree, Penthouse Suite
San Francisco, California 94102 - 2500
Telephone: (415) 956-8800
Facsimile: (415) 956-8811

Attorneys for Claimant:
Terrie Kent

**Attachment "A"**
**Right to Sue letter, Claim W. DFEH, Notice to Claimant**





**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5069 2469

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

Ms. Terrie L. Kent
P.O. Box 20255
El Sobrante, CA 94820

November 20, 2007

Re: EEOC Charge Against Contra Costa County
    No. 555200800096

Dear Ms. Kent:

Because you filed the above charge with the Equal Employment
Opportunity Commission, and the Commission has determined that it
will not be able to investigate and conciliate that charge within
180 days of the date the Commission assumed jurisdiction over the
charge and the Department has determined that it will not file any
lawsuit(s) based thereon within that time, and because you have
specifically requested this Notice, you are hereby notified that you
have the right to institute a civil action under Title VII of the
Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq.,
against the above-named respondent.

If you choose to commence a civil action, such suit must be
filed in the appropriate Court within 90 days of your receipt of
this Notice. If you cannot afford or are unable to retain an
attorney to represent you, the Court may, at its discretion, assist
you in obtaining an attorney. If you plan to ask the Court to help
you find an attorney, you must make this request of the Court in the
form and manner it requires. Your request to the Court should be
made well before the end of the time period mentioned above. A
request for representation does not relieve you of the obligation to
file suit within this 90-day period.

This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is
meritorious.

Sincerely,

Rena J. Comisac
Acting Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Oakland Local Office, EEOC
    Contra Costa County

**\*\*\*\* U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION\*\*\*\***
CHECKLIST DATA INOFRMATION REQUIRED TO PROCESS
A NOTICE OF RIGHT TO SUE
Attn: Joyce A. Hendy, Director
**Please** *note if you request a Notice of Right to sue, no investigation will be done.*
1) **LETTER REQUESTING (NRTS)**

In a letter *requesting for a Notice of Right to Sue,* please include the following:
(Please state that you are requesting for a Notice of Right to Sue)
A) CHARGING PARTY (NAME) Terrie Kent
     *Job Title:* Mental Health Treatment Specialist II/Deputy Public Guardian
     *Status*: On Leave of Absence/Disability
     **Race:** African American
     **Sex:** Female
     **Age:** 46
     **National Origin:** African American
*Address:* c/o Fasano Law Office 720 Market St., 10th Floor
**City:** San Francisco
**State:** CA.
**Zip Code:** 94102
**Day** Phone Number: (510) 367-3179
**Evening** Phone Number: (510) 707-422-7072
*Date* **of Birth:** 8/22/61

*Supervisor's* name and job title Al Flanagan. Conservatorship Program Supervisor
*CONTACT PERSON*
**Name** & address of *a person to contact* when you cannot be reached. Give complete
*Name:* Fasano Law Office
*Address:* 720 Market St., 10th Floor
**City:** San Francisco
**State:** CA.
**Zip Code:** 94102
**Day** Phone Number: (415) 956-8800

2)     **RESPONDENT INFORMATION**
*Name* of Company: Contra Costa County
(*Or where you applied*)
*HR* Director/CEO: Lori Gentles, Director Human Resources
*Address:* 651 Pine Street, 3rd Floor
*City:* Martinez.
*State:* CA.
*Zip Code:* 94553-1262

*Day Phone Number:* (925) 335-1766 for Lori Gentles
(Include both facility where person worked and address where charge to be served)

*Name* of Company: Public Employees Union, Local One
*(Or where you applied)*
*HR* Director/CEO: Bill Schlant - Senior Business Agent
HR/Director/CEO: Rollie Katz - Supervising Business Agent
*Address:* P.O. Box 6783
*City:* Concord
*State:* CA.
*Zip Code:* 94524-1783
*Day Phone Number:* (925) 228-1600

*CORPORATE OFFICE:* N/A Government Position
*HR* **Director/CEO:** Lori Gentles, Human Resources
*Address:* 651 Pine Street, 3rd Floor
*City:* Martinez
*State:* CA.
*Zip Code:* 94553-1292
*Day Phone Number:* (925) 335-1766
*Number* of employee's working for the company (approximate)
*15-100 employees* __
*100-200 employees* __
*200-300 employees* __
*300-500 employees* __
*500 plus employees* **X**
*What* is the nature of the business, manufacturing, trucking, warehousing, painting etc...
**Public Services, Health Department**

**NOTICE:** Should you fail to include any of the above information, your Notice of Right to Sue cannot be processed. Please include a day time phone number where you can be reached for additional information.

---

3) **STATEMENT**
On a separate piece of paper, provide a **statement of particulars** including date of Key event (application, training, denial of promotion, layoff, discharge). **See attached**

Please indicate in your statement if your employment rights have been violated because of your race, color, sex, religion, national origin, age, disability or because of retaliation.

(This statement must be **signed and dated** under penalty of perjury).

EEOC CHARGE # 555-2008-00096

<u>I declare under penalty of perjury that the above statements are true and correct.</u>

10-26-2007
Date

Terrie Kent
Signature

A Charge Statement is not necessary if you have provided the Commission with a copy of your Department of Fair Employment and Housing <u>(Complaint of Discrimination)</u>. This <u>Complaint of Discrimination</u> must be <u>resigned and dated</u>. We need <u>original</u>

TERRIE KENT
P.O. Box 20255
El Sobrante, CA. 94820
Cell (510) 367-3179

·10/02/2007

**RECEIVED**

OCT 2 9 2007

**EEOC - OLO**

I have been on a leave of absence (LOA) since 04/09/2007 to present due to Contra Costa County and Local 1 failing to resolve a grievance filed by myself and other colleagues. The work environment continues to be hostile, intimidating, unsafe and dangerous, and the union discrimination against me refusing to process my grievance. My grievance is ongoing and the discrimination against me continues to be demonstrated by the company's refusal to provide a safe work environment free of harassment by a non African American co-worker, and the union is refusing to process my grievance.

As a result of my continued pursuit to eliminate discrimination, harassment and retaliation in the work place, I have been singled out and maliciously persecuted by management. Local 1 has failed to provide fair and adequate representation not only for myself but other colleagues; who have also felt the ferocious stings of management/union inadequacies to address the hostile circumstances which continue in the work place. The following explain the chain of events that have culminated and prevented my safe return.

A) On 02/26/2007 a group grievance was filed against management for failing to provide an environment that is free of disruption, hostile, provocative, disrespectful, verbal abuse and unpredictable explosive behavior displayed by one individual in the work place.

B) Since the filing of grievance this individual's behavior has considerably escalated to a point of fear for my personal safety and the safety of others.

C) On 03/08/2007 I was informed by my supervisor that it had been alleged by a colleague that I had misrepresented the truth. (This is the same colleague that is continually causing fear, chaos and disruption in the workplace). This allegation led to an investigation by management.

D) As a result of the investigation on 03/21/2007 management implemented a

EEOC CHARGE # 555-2008-00096

Professional

Development Action Plan for all employees. The plan focuses on improving professional interpersonal relationships. The plan does not address the real issues which are this persons unpredictable, provocative, hostile, non-directable behavior.

E) On 07/11/2007 For the step three grievance process, Local 1 met with myself and another colleague and three management representatives to discuss and present our concerns.

F) On 07/20/2007 Management presented their decision for the step three grievance process which they denied any violation of the Memorandum of Understanding (MOU).

G) On 08/08/2007 The union quoted a violation in compliance with the (MOU) section 25. Therefore, requesting to proceeding to step 4 grievance process.

H) Management continues to refuse to discipline or otherwise curtail the harassment of me by a non-African American female.

I) I am unable as a result of the action of my union and the company to secure a step 4 grievance hearing.


I declare under penalty that the above statements are true and correct.

Dated: October 2007

Terrie Kent

**RECEIVED**

OCT 29 2007

**EEOC - OLO**

## Attachment "B"

The county was negligent in it hiring, supervision and retention of Debra Tyler; failing to

correct a hostile work environment; breach of contract; and discrimination. Claimant

complained to her supervisors about the work environment created by D. Tyler and did not

receive a resolution which allowed her to return to work, and defendant is expected to

terminate claimants employment.

✎ JS 44  (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

Terrie Kent

## DEFENDANTS

Contra Costa County, Department of Public Health Services, Debra Tyler, Jeff Smith, in his official capacity, and DOES 1 through 25, inclusive

**(b)** County of Residence of First Listed Plaintiff  Contra Costa
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Contra Costa
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Lawrence W. Fasano, Jr., Esq.
FASANO LAW OFFICE
720 Market Street, Penthouse Suite
San Francisco, CA  94102-2500         Telephone: (415) 956-8800

Attorneys (If Known)

*E-filing*

*EDL ADR*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
         Plaintiff

☐ 3   Federal Question
         (U.S. Government Not a Party)

☒ 2   U.S. Government
         Defendant

☐ 4   Diversity
         (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☒ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
        Proceeding

☐ 2 Removed from
        State Court

☐ 3 Remanded from
        Appellate Court

☐ 4 Reinstated or
        Reopened

Transferred from
☐ 5 another district
        (specify)

☐ 6 Multidistrict
        Litigation

Appeal to District
☐ 7 Judge from
        Magistrate
        Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. sections 1983 3601, and 3612, et seq.

Brief description of cause:
Violation of civil rights, totuous constructive termination of employment in violation of public policy

## VII. REQUESTED IN
## COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes ☐ No

## VIII. RELATED CASE(S)
## IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE
2/15/2008

SIGNATURE OF ATTORNEY OF RECORD