UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERRIE KENT,

        Plaintiff(s),

v.

CONTRA COSTA COUNTY, et al.,

        Defendant(s).

Case No. CV 08 - 0984 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4-25.08

[Party] Contra Costa County; Deborah Tyler; William Walker, M.D.

Dated: 4/25/08

[Counsel] Janet L. Holmes, Deputy County Counsel

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05