UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERRIE KENT,

Plaintiff(s),

CASE NO. CV 08 0984 EDL

v.

CONTRA COSTA COUNTY, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
       Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓     other requested deadline  120 days from date of order.

Dated: APRIL 25, 2008

_____
Attorney for Plaintiff  Lawrence Fasano

Dated: April 25, 2008

_____
Attorney for Defendant
Janet L. Holmes, Deputy County Counsel
Attorneys for Defendants CONTRA
COSTA COUNTY; DEBORAH TYLER
and WILLIAM WALKER, M.D.

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
X  Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
X other    120 days from the date of this order

IT IS SO ORDERED.

Dated: __April 29, 2008__

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte