SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY;
DEBRA TYLER; WILLIAM WALKER, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIE KENT,<br><br>    Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY, DEPARTMENT OF HEALTH SERVICES, DEBORAH TYLER, WILLIAM WALKER, M.D., in his official capacity and DOES 1 through 25, inclusive,<br><br>    Defendants. | No. CV 08 0984 EDL<br><br>ANSWER OF DEFENDANTS CONTRA COSTA COUNTY, DEBORAH TYLER, and WILLIAM WALKER, M.D. |

Defendants Contra Costa County (also apparently sued erroneously as "Department of Health Services"), Deborah Tyler and William Walker, M.D., (hereafter jointly "Defendants") in response to Plaintiff's First Amended Complaint ("Complaint"), and admit, deny, answer and allege as follows:

ANSWER

1. Responding to the first numbered paragraph of plaintiff's Complaint, Defendants admit the allegations, based on information and belief.

2. Responding to the second numbered paragraph of plaintiff's Complaint, Defendants

admit that Defendant Contra Costa County is a public entity, as described in the Government Code, and deny that "Department of Health Services" is a government agency, based on lack of information and belief.

3. Responding to the third numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

4. Responding to the fourth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations with respect to Defendant Deborah Tyler and Contra Costa County, and deny the allegations of the second sentence of the paragraph.

5. Responding to the fifth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

6. Responding to the sixth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations of all but the first sentence based on lack of information and belief.

7. Responding to the seventh numbered paragraph of plaintiff's Complaint, Defendants admit the allegations.

8. Responding to the eighth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

9. Responding to the ninth numbered paragraph of plaintiff's Complaint, Defendants admit the allegations based on information and belief.

10. Responding to the tenth numbered paragraph of plaintiff's Complaint, Defendants admit the allegations based on lack of information and belief.

11. Responding to the eleventh numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

12. Responding to the twelfth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

13. Responding to the thirteenth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

14. Responding to the fourteenth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

15. Responding to the fifteenth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

16. Responding to the sixteenth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

17. Responding to the seventeenth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

18. Responding to the eighteenth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

19. Responding to the nineteenth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

20. Responding to the twentieth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

21. Responding to the twenty-first numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

22. Responding to the twenty-second numbered paragraph of plaintiff's Complaint, Defendants admit the allegations of the first sentence and deny the allegations of the second sentence.

23. Responding to the twenty-third numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

24. Responding to the twenty-fourth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

25. Responding to the twenty-fifth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

26. Responding to the twenty-sixth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

27. Responding to the twenty-seventh numbered paragraph of plaintiff's Complaint, Defendants deny the allegations .

28. Responding to the twenty-eighth numbered paragraph of plaintiff's Complaint,

ANSWER OF DEFENDANTS CONTRA COSTA COUNTY, DEBORAH TYLER, and WILLIAM WALKER, M.D.
CV 08 0984 EDL

1. Defendants deny the allegations based on lack of information and belief.
2. 29. Responding to the twenty-ninth numbered paragraph of plaintiff's Complaint, Defendants dispute plaintiff's characterization of the "Agreement" described in numbered paragraph and therefore deny the allegations based on lack of information and belief.
3. 30. Responding to the thirtieth numbered paragraph of plaintiff's Complaint, Defendants dispute plaintiff's characterization of the "Agreement" described in numbered paragraph and therefore deny the allegations based on lack of information and belief.
4. 31. Responding to the thirty-first numbered paragraph of plaintiff's Complaint, Defendants dispute plaintiff's characterization of the "Agreement" described in numbered paragraph and therefore deny the allegations based on lack of information and belief.
5. 32. Responding to the thirty-second numbered paragraph of plaintiff's Complaint, Defendants dispute plaintiff's characterization of the "Agreement" described in numbered paragraph and therefore deny the allegations based on lack of information and belief.
6. 33. Responding to the thirty-third numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.
7. 34. Responding to the thirty-fourth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.
8. 35. Responding to the thirty-fifth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.
9. 36. Responding to the thirty-sixth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.
10. 37. Responding to the thirty-seventh numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.
11. 38. Responding to the thirty-eighth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.
12. 39. Responding to the thirty-ninth numbered paragraph of plaintiff's Complaint,

1  Defendants deny the allegations based on lack of information and belief.

40. Responding to the fortieth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations based on lack of information and belief.

41. Responding to the forty-first numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

42. Responding to the forty-second numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

43. Responding to the forty-third numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

44. Responding to the forty-fourth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

45. Responding to the forty-fifth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations.

46. Responding to the forty-seventh numbered paragraph of plaintiff's Complaint, Defendants deny the allegations that Plaintiff is entitled to any damages at all.

47. Responding to the forty-fifth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations, and deny that public entity defendants can be held liable for punitive damages under any circumstances.

48. Responding to the forty-fifth numbered paragraph of plaintiff's Complaint, Defendants deny the allegations of the first sentence based on lack of information and belief, and deny the allegations of the second sentence.

## AFFIRMATIVE DEFENSES

1. AS A FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that the first amended complaint and each cause of action contained therein fails to state any claim upon which relief can be granted.

2. AS A SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said

Complaint, and each and every cause of action set forth therein, Defendants allege that they are shielded from any liability by public entity and statutory immunities.

3. AS A THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that plaintiff's claims are barred by the doctrines of waiver, estoppel and laches.

4. AS A FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that at all times herein mentioned, all actions taken by Defendants and County employees were reasonable under the circumstances and taken under a good faith belief that the actions were lawful and Defendants and County employees are therefore immune under the Good Faith Immunity Doctrine.

5. AS A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are immune from liability, and cannot be held liable for any injury that may have been sustained by plaintiff, which injury Defendants specifically deny, and that Defendants and employees were at all relevant times performing duties in an objectively reasonable manner, within lawful responsibilities, and are therefore immune from suit.

6. AS A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that each claim and cause of action is barred by the failure of plaintiff to exhaust all available administrative remedies, including but not limited to those available through Defendants Contra Costa County.

7. AS A SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that in the event that the trier of fact finds any liability on the part of these answering Defendants, which liability is herein denied, answering Defendants will seek the benefit of several liability for non-economic damages as provided in Civil Code sections 1431

through and including 1431.5.

8. AS AN EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, public entity Defendants allege that they cannot be found liable for punitive damages pursuant to Government Code section 818.

9. AS A NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that as to any state law claims, each cause of action is barred under the provisions of Government Code section 910, et seq., and Code of Civil Procedure section 313 for failure to comply with requirements of filing a timely and sufficient tort claim and failure to set forth in any tort claim filed the facts and theories that are set forth in the pending Complaint.

10. AS A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that the negligence of others, if any, was greater than the negligence of Defendants, if in fact and Defendant was negligent, and the liability, if any, of said answering Defendants should be diminished in direct proportion to the fault, if any, attributable to others as compared with that of said answering Defendants.

11. AS AN ELEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are immune pursuant to Government Code sections 815 and 815.2.

12. AS A TWELFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege they are immune pursuant to Government Code section 815.6 for exercise of any mandatory duty when reasonable diligence was used in discharging that duty.

13. AS A THIRTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are immune pursuant to Government Code section 818.2 for adopting or

1  failing to adopt an enactment or by failing to enforce any law.

2  14.  AS A FOURTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are immune pursuant to Government Code section 818.8 for misrepresentations.

15.  AS A FIFTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are immune pursuant to Government Code sections 820.2 and 815.2 for exercise of discretion.

16.  AS A SIXTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are immune pursuant to Government Code sections 820.4 and 815.2 for the execution or enforcement of any law.

17.  AS A SEVENTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are not liable to the plaintiff pursuant to Government Code sections 820.6 and 815.2.

18.  AS A EIGHTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that any and all culpable acts, omissions, or conduct, if any, which allegedly caused the injuries and damages sought in the Complaint on file in this action, were caused by third parties and therefore answering Defendants are not liable to the plaintiff pursuant to Government Code sections 820.8 and 815.2.

19.  AS A NINETEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants deny they discriminated in any way against Plaintiff, and instead allege that legitimate, non-discriminatory, valid, reasonable and good faith reasons supported each and every decision made by Defendants and its employees in the exercise of legitimate managerial

1  discretion.

2  20. AS A TWENTIETH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are not liable to the plaintiff pursuant to Government Code sections 815.2 and 821.6.

6  21. AS A TWENTY-FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are not liable to the plaintiff pursuant to Government Code sections 815.2 and 822.2.

10  22. AS A TWENTY-SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that they are immune pursuant to Civil Code section 47(a) and Government Code section 815.2

14  23. AS A TWENTY-THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that non-discriminatory, business reasons warranted actions taken with respect to plaintiff's employment as well as the employment of others.

18  24. AS A TWENTY-FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that it and its employees are immune from liability pursuant to the provisions of sections 810 through 895.8 of the California Government Code.

22  25. AS A TWENTY-FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege that plaintiff's action, and claims alleged therein, are barred by the provisions of Code of Civil Procedure section 340(3), 342, and every other limitations period applicable to each and every cause of action alleged in the complaint.

27  26. AS A TWENTY-FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendants allege

1  that Plaintiff cannot obtain as a remedy under the allegations asserted any of statutory,
2  punitive damages, prejudgment interest or other non-compensatory damages.

3  27.  AS A TWENTY-SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to
4      said Complaint, Defendants allege that the complaint, and causes of action alleged
5      therein are barred by the doctrines of collateral estoppel and res judicata.

6  28.  AS A TWENTY-SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE
7       DEFENSE to said Complaint, Defendants allege that any and all steps taken with
8       respect to plaintiff and/or other employees were taken for legitimate, non-discriminatory
9       business reasons.

10 29.  AS A TWENTY-EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE
11      to said Complaint, Defendants allege that Plaintiff is guilty of unclean hands and
12      therefor cannot recover in this lawsuit.

13 30.  AS A TWENTY-NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to
14      said Complaint, Defendants allege that the actions alleged by Plaintiff in the Complaint
15      do not give rise to protection under any "whistleblowing" statute.

16 31.  AS A THIRTIETH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said
17      Complaint, Defendants allege that they and County employees acted at all times in good
18      faith, and without any discriminatory motive or animus.

19 32.  AS A THIRTY-FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to
20      said Complaint, and each and every cause of action set forth therein, Defendants allege
21      that Plaintiff herself was responsible for any alleged damage or injury, which damage
22      and injury are specifically denied by Defendants.

23 33.  AS A THIRTY-SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE
24      to said Complaint, Defendants allege that the complaint, and causes of action alleged
25      therein are barred the failure of Plaintiff to comply with statutory requirements and
26      prerequisites to support the causes of action alleged, and each of them.

27 34.  AS A THIRTY-THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to
28      said Complaint, Defendants allege that Plaintiff independently and voluntarily

relinquished rights under any contract alleged, and therefore the instant claims are barred.

35. AS A THIRTY-FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant and its employees were justified and privileged in doing each of the things alleged to have been done, to the extent such things were done at all.

36. AS A THIRTY-FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendants asserts that Plaintiff's claims are barred, in whole or in part, by virtue of the provisions of the California Workers' Compensation Act, Labor Code section 3600, et seq., which provides the exclusive remedy for Plaintiff's claims.

WHEREFORE, Defendants prays for the following relief:

1. That plaintiff take nothing by her Complaint and that Defendants be dismissed;
2. That Defendants be awarded costs;
3. That Defendants be awarded attorneys fees; and
4. For such other relief that the court deems just and proper.

## JURY REQUEST

Defendants requests a trial by jury.

DATED: May 2, 2008

SILVANO B. MARCHESI
COUNTY COUNSEL

By: _____
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY;
DEBRA TYLER and
WILLIAM WALKER, M.D.

ANSWER OF DEFENDANTS CONTRA COSTA COUNTY, DEBORAH TYLER, and WILLIAM WALKER, M.D.
CV 08 0984 EDL

11