1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  JANET L. HOLMES (SBN 107639)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile:  (925) 335-1866
   email: jholm@cc.cccounty.us
6
   Attorneys for Defendants
7  CONTRA COSTA COUNTY; DEBRA TYLER
   and WILLIAM WALKER, M.D.
8

9  Lawrence W. Fasano, Jr.
   Fasano Law Office
10 720 Market Street
   Penthouse Suite
11 San Francisco, CA 94102-2500
   Telephone: 415.956.8800
12 Facsimile: 415.956.8811

13 Attorneys for Plaintiff

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18

19 TERRIE KENT,                          No. CV 08 0984 EDL

20            Plaintiff                   JOINT CASE MANAGEMENT
                                          CONFERENCE STATEMENT
21 v.

22 CONTRA COSTA COUNTY,
   DEPARTMENT OF HEALTH
23 SERVICES, DEBORAH TYLER,              Date: May 20, 2008
   WILLIAM WALKER, M.D., in his official Time: 10:00 a.m.
24 capacity and DOES 1 through 25,       Judge: La Porte
   inclusive,
25
              Defendants.
26

27         The parties to the above-entitled action jointly submit this Joint Case

28 Management Statement pursuant to Civil Local Rule 16-9.

1. _Jurisdiction and Service:_ Basis for jurisdiction is federal question, based on plaintiff's single cause of action under Title VII of the Federal Civil Rights Act. Plaintiff's six remaining causes of action under state law are joined under pendant jurisdiction. All named defendants have been served and have answered.

2. _Facts:_ Plaintiff claims she was discriminated against in the workplace when a co-worker allegedly created a hostile work environment which the County allegedly failed to prevent.

3. _Legal issues:_ Primary legal issues are those related to whether the facts alleged can support actionable claims under the theories presented, i.e. violation of Title VII, violation of the California Unruh Civil Rights Act, violation of California Fair Employment and Housing Act, breach of contract, breach of the implied covenant of good faith and fair dealing, violation of the California Family Medical Leave Act, and termination in violation of public policy.

4. _Motions:_ Defendants anticipate bringing a motion for summary judgment.

5. _Amendment of Pleadings:_ None anticipated.

6. _Evidence Preservation:_ Evidence has been preserved by the parties.

7. _Disclosures:_ The parties are in the process of completing Initial Disclosures, which will not be voluminous.

8. _Discovery:_ The parties anticipate serving written discovery, including requests for production of documents and interrogatories. In addition, several depositions of percipient witnesses are anticipated.

9. _Class Actions:_ Not applicable.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CV 08 0984 EDL

2

10. <u>Related Cases:</u>  None.

11. <u>Relief:</u>  Plaintiff seeks money damages and attorney fees pursuant to law.

12. <u>Settlement and ADR:</u>  The parties have stipulated to mediation through the court's ADR program.

13. <u>Consent to Magistrate Judge For All Purposes:</u> The parties will stipulate to consent to a magistrate judge for all purposes.

14. <u>Other References:</u> None appropriate at this time.

15. <u>Narrowing of Issues:</u> None appears appropriate at this time.

16. <u>Expedited Schedule:</u>  None appears appropriate at this time

17. <u>Scheduling:</u>  The parties request a trial date of June 1, 2009, with non-expert discovery cut-off of March 1, 2008, dispositive motion filing deadline of January 1, 2009, expert disclosure deadline of February 1, 2009  and expert discovery deadline of April 1, 2009..

18. <u>Trial:</u>  Jury trial requested by plaintiff and defendants.  Trial anticipated to consume six court days.

19. <u>Disclosure of Non-party Interested Entities or Persons:</u>  None required.

//

//

//

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CV 08 0984 EDL

3

1

20. <u>Other:</u> Nothing anticipated at this time.

2

3

4

5   DATED: _May 13_ , 2008                SILVANO B. MARCHESI
                                          COUNTY COUNSEL
6

7

8                                         By: _Janet L. Holmes (signature)_

9                                         JANET L. HOLMES
                                          Deputy County Counsel
10                                        Attorneys for Defendants

11

12  DATED: _S-13_ , 2008                  FASANO LAW OFFICE

13

14

15                                        By: _Lawrence Fasano (signature)_

16                                        Lawrence Fasano
                                          Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CV 08 0984 EDL

4