FILED

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRIE KENT,                                          No.  C 08-00984 EDL

        Plaintiff,

        v.                                          **CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONTRA COSTA COUNTY,

        Defendant.

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _May 20, 2008_                    _____
                                         Signature

                                         Counsel for _Defendants_
                                         (Name or party or indicate "pro se")

United States District Court
For the Northern District of California

1