In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: May 20, 2008

Case No: **C- 08-00984 EDL**

Case Name: **TERRIE KENT v. CONTRA COSTA COUNTY**

Attorneys:   Pltf: Lawrence W. Fasano, Jr.   Deft: Janet L. Holmes

Deputy Clerk: Lili M. Harrell   FTR digital recording: 10:25am - 10:30am

**PROCEEDINGS:**                                           **RULING:**

1. Initial Case Management Conference                      Held

2.

**ORDERED AFTER HEARING:** Parties may take up to three depositions per side prior to mediation.

**Order to be prepared by:** [] Plntf  [] Deft  [X] Court

**Case continued to:** for

**PRETRIAL SCHEDULE:**

Discovery cutoff: 1/26/09
Initial expert disclosure deadline: 2/1/09
Rebuttal expert disclosure deadline: 3/2/09
Expert discovery cutoff: 4/1/09
Dispositive Motion filing deadline: 2/10/09
Dispositive Motions hearing date: 3/17/09
Pretrial Conference:  5/19/09 at 2pm
Trial: 6/15/09 at 8:30 a.m., set for 6 days.
       [X] Jury  [ ] Court

Notes:


cc: