# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Kent, | 08-00984 EDL MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Contra Costa County, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jean Hyams**
Boxer & Gerson
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
510-286-2960

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00984 EDL MED                          - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: May 23, 2008

```
                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Alice M. Fiel
```

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov