

**ATTORNEYS AT LAW, LLP**

John M. Anton
Bert S. Arnold
Stewart N. Boxer, Inc.
Darci E. Burrell
Felicia C. Curran
Arjuna H. Farnsworth
Michael G. Gerson, Inc.
John M. Harrigan
Jean K. Hyams
Rebecca G. Kagin
Gary J. Lee
Leslie F. Levy
Ralph W. Mann
Dennis A. Popalardo, Jr.
Gary Barkley Roth

Maria A. Sager
Moira L. Stagliano
Julius Young

Matthew J. Rinaldi
*Of Counsel*

Ralph M. Paterno
*Of Counsel*

*Legal Assistants*
Melissa A. Bizarro
Lisa T. Frederiksen
Suzanne Granet
Elly C. Nehrebecki
Sharene V. Ross
Howard G. Waters

300 Frank H. Ogawa Plaza ▪ Rotunda Building ▪ Suite 500
Oakland, CA 94612
(510) 835-8870 ▪ Fax: (510) 835-0415

Direct Line (510) 286-2960

May 28, 2008

**FILED**
MAY 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

*Via Facsimile Only (415) 956-8811*
Lawrence William Fasano, Jr., Esq.
Fasano Law Office
720 Market Street, Penthouse Suite, 10th Floor
San Francisco, CA 94102

*Via Facsimile Only (925) 335-1800*
Janet L. Holmes, Esq.
County Counsel's Office
651 Pine Street, 9th Floor
Martinez, CA 94553

Re:   *Kent v. Contra Costa County*
      Case No.: 3:08-cv-00984-EDL

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program.

For your information, I am a civil litigator whose practice is currently devoted to employment law. Prior to becoming an employment litigator, I spent a number of years in private practice handling a variety of matters, including personal injury, landlord/tenant, probate, small business disputes, sexual harassment in housing, disability accommodations in higher education, and public transit access. Before law school, I was a manager in the high technology sector with Oracle Corporation and Hewlett-Packard. Over the years, I have litigated cases in state and federal courts and in front of arbitrators. For the past six years, I have served as a Mediator through the Northern District ADR program. I look forward to meeting you at the mediation.

Lawrence William Fasano, Esq.
Janet L. Holmes, Esq.
May 28, 2008
Page 2

Pursuant to ADR L.R. 6-6, a pre-session conference call has been scheduled with all counsel on Tuesday, June 17, 2008 at 10:30 a.m. (our office will initiate the call) to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who will be present at the session;
- location of the mediation;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements; and
- any questions you might have about the mediation program.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. § 455 (a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

Sincerely,

BOXER & GERSON, LLP

JEAN K. HYAMS

JKH/as

cc: Clerk's Office - ADR Unit (via fax & mail)